**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:  CASE NO: 01-40355
  CHAPTER 7
    WITHEY, BRYAN C.
    WITHEY, MERRY S.
        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 011 | Dennis Stewart<br>150 Redstone Avenue<br>Crestview, FL 32536 | $713.24 |
| 018 | Healthmark Regional Medical Ctr.<br>P.O. Box 1326<br>Defuniak Springs, FL 32435 | $164.27 |
| 032/033 | Walton Regional Hospital<br>P. O. Box 1326<br>Defuniak springs, FL 32435 | $32.83/$20.36 |
| 035 | West Florida Radiology<br>5250 Stewart Street<br>Milton, FL 32570 | $5.96 |

The checks mailed at the above address on March 8, 2010 have been returned by the Post Office, "return to sender - unable to forward".

Dated this 15th day of March, 2010.

                                                /s/ Sherry F. Chancellor
                                                Sherry F. Chancellor, Trustee
                                                619 West Chase Street
                                                Pensacola, Florida 32502
                                                (850) 436-8445
                                                Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Dennis Stewart 150 Redstone Avenue, Crestview, FL 32536; Healthmark Regional Medical Ctr., P.O. Box 1326, Defuniak Springs, FL 32435; West Florida Radiology, 5250 Stewart Street, Milton, FL 32570 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 15th day of March, 2010.

                                                /s/ Sherry F. Chancellor
                                                Sherry F. Chancellor, Trustee