IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA   DIVISION


IN RE: WITHEY, BRYAN
       WITHEY, MERRY

                                     CASE NO: 01-40355
                                     CHAPTER 7


        DEBTOR(S)

_____/


### NOTICE OF PAYMENT OF DIVIDEND TREATED
### IN ACCORDANCE WITH RULE 3010


**COMES NOW** Sherry F. Chancellor, Trustee, pursuant to the Trustee's Notice of Final

Dividends to Creditors, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of a

check in the amount of $4.16,  representing the dividend(s) treated in accordance with

Bankruptcy Rule 3010 for the following claim (s)/claimant(s):


| Claim No. | Claimant | Dividend |
|---|---|---|
| 013 | Drs. Bankert, Caputo & Cabrera<br>1256 Redstone Avenue<br>Crestview, FL 32539 | $1.79 |
| 030 | Sterling Emergency<br>Physicians of Florida<br>P.O. Box 47659<br>Jacksonville, FL 32247 | $2.37 |

**RESPECTFULLY SUBMITTED** this 22nd day of March, 2010.

/s/ Sherry F. Chancellor
SHERRY F. CHANCELLOR, TRUSTEE
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Payment of Dividend Treated in Accordance with Rule 3010 has been furnished electronically or served by the U.S. Mail Service to the Office of the U. S. Trustee, 110 E. Park Avenue, #128 Tallahassee, Florida 32301; Drs. Bankert, Caputo & Cabrera, 1256 Redstone Avenue, Crestview, FL 32539; Sterling Emergency, Physicians of Florida,  P.O. Box 47659, Jacksonville, FL 32247 on this 22nd  day of March, 2010.

/s/ Sherry F. Chancellor
SHERRY FOWLER CHANCELLOR