**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

IN RE:  CASE NO: 01-40355
                                                         CHAPTER 7
   WITHEY, BRYAN C.
   WITHEY, MERRY S.
      Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347**

    Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 014/015 | Fingerhut Corp.<br>P.O. Box 900<br>St. Cloud, MN 56395-0900 | $32.12/$65.40 |
| 016 | Ft. Walton Beach Medical Center<br>P.O. Box 98560 #01307<br>Louisville, KY 40298-8560 | $191.13 |
| 029 | Spiegel<br>9810 SW Gemini Drive<br>Beverton OR 97078-0001 | $318.71 |
| 034 | WCI Financial<br>P.O. Box 97029<br>Redmond, WA 98073-9729 | $12.31 |

The checks mailed at the above address on March 8, 2010 have been returned by the Post Office, "return to sender - unable to forward".

Dated this 22nd day of March, 2010.

>/s/ Sherry F. Chancellor
>Sherry F. Chancellor, Trustee
>619 West Chase Street
>Pensacola, Florida 32502
>(850) 436-8445
>Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Fingerhut Corp. P.O. Box 900, St. Cloud, MN 56395-0900, Ft. Walton Beach Medical Center, P.O. Box 98560 #01307, Louisville, KY 40298-8560; Spiegel, 9810 SW Gemini Drive, Beverton OR 97078-0001 WCI Financial, P.O. Box 97029, Redmond, WA 98073-9729 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 22nd day of March, 2010.

>/s/ Sherry F. Chancellor
>Sherry F. Chancellor, Trustee