**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                                                    CASE NO: 01-40355
                                                                                CHAPTER 7

    WITHEY, BRYAN C.
    WITHEY, MERRY S.
       Debtor(s)

_____/

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment

to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 009 | Capital One | $103.42 |
|  | P.O.  Box 85147 |  |
|  | Richmond, VA 23285-5147 |  |

The checks mailed at the above address on March 8, 2010  have  been returned  by the

Post  Office, "return to sender - unable to forward".

Dated this 23rd day of April, 2010.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee
619 West Chase Street
Pensacola, Florida 32502
(850) 436-8445
Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Capital One, P.O. Box 85147, Richmond, VA 23285-5147 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 23rd day of April, 2010.


_____/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee