IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:   CASE NO: 01-40355
         CHAPTER 7

    WITHEY, BRYAN C.
    WITHEY, MERRY S.
        Debtor(s)
_____/

**NOTICE OF PAYMENT OF UNCLAIMED**
**FUNDS PURSUANT TO 11 U.S.C. § 347**

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 008 | Anthony's Better Crane<br>402 W. 18th Ct<br>Lynn Haven, FL 32444 | $278.22 |

The check mailed at the above address on March 8, 2010  have not been returned or negotiated  by the creditor.

Dated this 9th day of June , 2010.

    /s/ Sherry F. Chancellor
    Sherry F. Chancellor, Trustee
    619 West Chase Street
    Pensacola, Florida 32502
    (850) 436-8445
    Florida Bar No: 434574

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon Anthony's Better Crane , 402 W. 18th Ct, Lynn Haven, FL 32444 and Charles Edwards, Office of the U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida 32301 on this 9th day of June, 2010.

/s/ Sherry F. Chancellor
Sherry F. Chancellor, Trustee